# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2084

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Plaintiff- Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Northern District of Iowa. |
| | * | |
| Penny Jillean Christenson, | * | |
| | * | |
| Defendant - Appellee. | * | |

_____

Filed: September 27, 2005

_____

Before LOKEN, Chief Judge, WOLLMAN, BEAM, ARNOLD, MURPHY, BYE, RILEY, MELLOY, SMITH, COLLOTON, GRUENDER and BENTON, Circuit Judges, en banc.

_____

## **<u>ORDER</u>**

On rehearing en banc, the district court's judgment is affirmed by vote of an equally divided court.

_____